AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (USAO rev. 12/20) ☐ Original  ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br><br>The premises of 1039 South Hobart Boulevard Unit 214, Los Angeles, CA 90006, as more fully described on Attachment A-1 | Case No. 2:21-mj-01009 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

   *See Attachment A-1*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

   *See Attachment B*

Such affidavit(s) or testimony are incorporated herein by reference.

   **YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*
   ☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

   You must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

   The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

Date and time issued:   03/02/2021 @ 1:01 p.m.        *Rozella A. Oliver*
                                                                            *Judge's signature*

City and state:   Los Angeles, CA                     Hon. Rozella A. Oliver, U.S. Magistrate Judge
                                                                *Printed name and title*

AUSA:   Andrew M. Roach (x0306)

AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: <br> 2:21-mj-01009 | Date and time warrant executed: <br> March 3, 2021 at approx 7:43AM | Copy of warrant and inventory left with: <br> At Residence |
| Inventory made in the presence of : <br> HSI Special Agent Edward Angeo | | |
| Inventory of the property taken and name of any person(s) seized: <br><br> See Attached Inventory List | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 06/03/2021

*Executing officer's signature*

Anthony Clark, Special Agent

*Printed name and title*