

# Homeland Security

## SEARCH WARRANT INVENTORY FORM

| Date: | 3/3/2021 | Time of Service: | 7:45 |
|---|---|---|---|
| Premises/Name: | APARTMENT | | |
| Location/Thing: | ZARA SOL CRUZ APARTMENT | | |
| Address: | 1039 S. HOBART BLVD UNIT 214 | | |
| City/State/Zip: | LOS ANGELES CA 90006 | | |

| Item # | Description | Location found |
|---|---|---|
| 1 | SAMSUNG CELL PHONE BLACK | D = LOFT |
| | SAMSUNG GALAXY Z FLIP CELL - ROSE | D |
| | APPLE IPHONE | D |
| | HP ELITE BOOK LAPTOP | D |
| | CREDIT CARDS | B - LIVING ROOM |
| | MISC CARDS | B |
| | MISC DOCUMENTS | B |
| | EDD CARDS | B |
| | WHITE POWDER | B |
| | CRYSTAL SHARDS | B |

Page 1 of 1 pages